Elbridge Hanecy, appellee, v. Benjamin E. Page, appellant. Gen. No. 23,781.

Action by assignee of stock to recover moneys withheld from proceeds of sale of same. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed December 24, 1918.

Miller, Starr, Brown, Packard & Peckham, for appellant. William A. Rogan, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

L. C. H. E. Zeigler, appellee, v. Frederick W. Getty, appellant. Gen. No. 23,812.

Action to recover for breach of covenant, in a lease, to furnish hot water. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed December 24, 1918. Rehearing denied January 3, 1919.

William B. Moak, for appellant. Bulkley, More & Tallmadge, for appellee; W. M. Doherty, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

C. H. Fellows, appellee, v. Fidelity & Casualty Company, appellant. Gen. No. 23,834.

Action upon an indemnity policy against robbery. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed on remittitur of interest; otherwise reversed and remanded. Opinion filed December 24, 1918.

Winston, Strawn & Shaw, for appellant; John D. Black and A. Liddon Shepherd, of counsel. Chilton P. Wilson, for appellee; Charles A. Atkinson, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Mac Catsoloz, appellee, v. Chicago, Burlington & Quincy Railroad Company, appellant. Gen. No. 23,851.

Action by an employee to recover for personal injuries based on master's failure to supply sufficient assistants. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed with finding of facts. Opinion filed December 24, 1918. Rehearing denied January 6, 1919.

J. A. Connell and Thomas J. Lawless, for appellant. William Scott Stewart, for appellee.

Mr. Justice Matchett delivered the opinion of the court.